940

No. 541, Misc.   EPPS *v.* NEW YORK.   Appellate Division, Supreme Court of New York, First Judicial Department.   Certiorari denied.

No. 160.   SMITH *v.* UNITED STATES, *ante,* p. 824;
No. 385.   GROSSMAN ET VIR *v.* STUBBS ET AL., *ante,* p. 844;
No. 481.   ALBAUGH *v.* TAWES, GOVERNOR OF MARYLAND, ET AL., *ante,* p. 27;
No. 29, Misc.   ORTIZ *v.* UNITED STATES, *ante,* p. 849; and
No. 127, Misc.   ALLEN *v.* BANNAN, WARDEN, *ante,* p. 905.   Petitions for rehearing denied.

No. 120.   GOTTESMAN ET AL. *v.* GENERAL MOTORS CORP. ET AL., *ante,* p. 882.   Petition for rehearing denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this petition.

No. 249.   BROWN *v.* TENNESSEE, *ante,* p. 835.   Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.

No. 2, Misc.   YOUNG *v.* SOUTH CAROLINA, *ante,* p. 868. Motion for leave to file a petition for rehearing denied.

DECEMBER 10, 1964.

No. 637, Misc.   REYNOLDS *v.* FERNANDEZ, CHIEF JUSTICE, SUPREME COURT OF PUERTO RICO, ET AL.   Motion for leave to file petition for writ of mandamus dismissed pursuant to Rule 60 of the Rules of this Court.   *Conrad J. Lynn* for petitioner.